

# Court of Appeals
# First District of Texas

## BILL OF COSTS

No. 01-17-00543-CV

**Ginger B. Stagg, D. D. S., P.A.**

**v.**

**Lisa Richardson, D. D. S., P.A.**

NO. 83644-CV IN THE 149TH DISTRICT COURT OF BRAZORIA COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 11/09/2017 | E-PAID | APE |
| MT FEE | $10.00 | 08/31/2017 | E-PAID | ANT |
| CLK RECORD | UNKNOWN | 08/14/2017 | UNKNOWN | ANT |
| FILING | $175.00 | 08/02/2017 | E-PAID | ANT |
| STATEWIDE EFILING | $30.00 | 08/02/2017 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $225.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this 25th day of May, 2018.

CHRISTOPHER A. PRINE
CLERK OF THE COURT